IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| United States of America, | : |
| Plaintiff(s) | : |
| | : Case Number: 1:11cr133 |
| vs. | : |
| | : Chief Judge Susan J. Dlott |
| Raymond Crawford, | : |
| Defendant(s) | : |

ORDER

The above-captioned matter is hereby TRANSFERRED from the docket of The Honorable S. Arthur Spiegel to the docket of The Honorable Susan J. Dlott.

IT IS SO ORDERED.

      ___s/S. Arthur Spiegel_____
      S. Arthur Spiegel
      Senior United States District Court


      ___s/Susan J. Dlott_____
      Susan J. Dlott
      Chief United States District Judge